FILED
2009 Dec-11 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEDEDIAH DEWAYNE DAVIS,** | ] |
| Petitioner, | ] |
| v. | ] CIVIL ACTION NO. 2:09-CV-0270-RDP-RRA |
| **WARDEN CHERYL PRICE, et al.,** | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that Respondents' motion for summary judgment be granted and that the action be dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this ____10th____ day of December, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE